## Nicolos Grotz, Appellee, v. John Engel, Appellant.

### Gen. No. 22,931. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WIL-
LIAM FENIMORE COOPER, Judge, presiding. Heard in the Branch
Appellate Court at the October term, 1916. Affirmed. Opinion filed
December 21, 1917.

## Statement of the Case.

Action by Nicolos Grotz, plaintiff, against John
Engel, defendant, to recover on defendant's written
guaranty of the payment of rent and performance of
all covenants contained in a certain lease entered into
by plaintiff and one August Turnes. From a judg-
ment on a directed verdict for plaintiff, defendant
appeals.

THOMPSON, TYRRELL & CHAMBERS, for appellant.

VINCENT D. WYMAN, HARRY C. KINNE and CHARLES
E. CARPENTER, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the
court.

## Abstract of the Decision.

1. GUARANTY, § 7*—*when requires no new and independent con-
sideration.* Where a guaranty, although collateral, is connected
with and forms the inducement for the execution of the principal
contract or is the result of a previous promise upon the faith of
which the principal contract was made, it requires no new and in-
dependent consideration to give it force.

2. LANDLORD AND TENANT, § 72*—*how lease providing for pay-
ment of rent in instalments construed.* A lease providing, after
describing the premises, that the lessee should also have a certain
room in the barn "for the term of four years less two months and
one-half, to commence on the 15th day of October, 1912, and to end

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.
Vol. CCIX 13

on the first day of August, 1916," and should "pay * * * the four years' rent or sum of $5,400, payable December 15, 1912, $300, and thereafter paying $300 every three months for the first year's rent, being $1,200 all told; and $350 every three months thereafter, making a total sum of $1,400 per year, or $4,200 for the last three years," construed as requiring payment of $5,400 rental for the term of three years, nine and one-half months, in instalments as therein set forth.

## Henry A. Todd, Appellee, v. McKenzie Cleland, Appellant.

### Gen. No. 22,942.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed December 12, 1917.

### Statement of the Case.

Action by Henry A. Todd, plaintiff, against McKenzie Cleland, defendant, to recover on a promissory note, to which defendant filed a set-off for $395, and interest for legal services rendered. From a judgment for plaintiff for the balance due on the note after deducting $224, on special finding as to the value of defendant's services, defendant appeals.

LESTER E. LEE and ROBERT G. PHELPS, for appellant.

BEACH & BEACH, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

1. ATTORNEY AND CLIENT, § 135*—*when evidence sustains finding as to value of legal services.* Evidence *held* to support a special

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.